GERARD FOX LAW P.C.
GERARD P. FOX (SBN 151649)
gfox@gerardfoxlaw.com
CIRSTAN S. FITCH (SBN 268646)
cfitch@gerardfoxlaw.com
1880 Century Park East, Suite 1410
Los Angeles, CA 90067
Tel: (310) 441-0500
Fax: (310) 441-4447

Attorneys for Plaintiff
*C.I. GAMES SE*

MANDAVIA EPHRAIM & BURG LLP
Anjani Mandavia (SBN 94092)
amandavia@mandaviallp.com
David L. Burg (SBN 130403)
dburg@mandaviallp.com
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 556-9694
Fax:   (310) 492-9868

Attorneys for Defendant
WARNER BROS. ENTERTAINMENT INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.I. GAMES SE, a Polish public limited company,<br><br>            Plaintiff,<br><br> v.<br><br>WARNER BROS. ENTERTAINMENT INC., a   Delaware corporation, and DOES 1- 10 inclusive,<br><br>            Defendants. | Case No.   2:23-cv-03868-FMO-AS<br><br>ORDER RE: STIPULATION [30] |

# ORDER

The court having received and considered the plaintiffs and defendants stipulation for dismissal without prejudice, and for a good cause shown:

**IT IS HEREBY ORDERED** that the claims in the Declaratory Action are dismissed without prejudice, each party to bear their own costs.

DATED: February 2, 2024                                /s/
                                                      HONORABLE FERNANDO M. OLGUIN